# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147181 (3)

EDWARD MOTLEY,

      Plaintiff,

v

      SC: 147181
      AGC: 2693-11

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.

_____

      On order of the Chief Justice, plaintiff's motion to waive fees is denied as moot, the $375.00 filing fee having been paid in full.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



jam

Clerk